IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
Southern Division

DAVID GAWARGIOUS,

    *Plaintiff*,

                                  6:23-cv-03069-MDH

v.

AGAPE BAPTIST CHURCH, INC.,

    *Defendant*.

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

    The plaintiff respectfully makes this unopposed motion to dismiss this lawsuit with prejudice. Fed. R. Civ. P. 41(a)(2).

                                  Respectfully submitted,

                                  */s/ Jarrett A. Johnson*

                                  Jarrett Aiken Johnson, Mo. Bar # 42481
                                  McGONAGLE SPENCER JOHNSON, LLC
                                  4505 Madison Avenue
                                  Kansas City, Missouri 64111
                                  816-875-5754
                                  jarrett@mcgonaglespencer.com

                                  ATTORNEYS FOR PLAINTIFF